IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR -1 2020**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Johnny Sabbath _____, Plaintiff

v.

J. Hicks, correctional _____,

officer, & K. Hicks, S.I.S. ,

_____ ,

_____ , Defendant(s).

Jury Trial
Demanded.

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Johank Sabbath 45593-112 11        ADX-MAX
(Name, prisoner identification number, and complete mailing address)    P.O. Box 8500
                                                                        Florence, CO 81226

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
✓      Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    see Attached complaint paragraph 4, page 2
                (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ___ individual and/or ___ official capacity.

2

Defendant 2: _See Attached Complaint Paragraph 5, Pg 3_
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____ N/A _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____ N/A _____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___    42 U.S.C. § 1983 (state, county, and municipal defendants)

✓    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___    Other: (*please identify*) _____

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: See Attached Complaint paragraphs 20-32

Supporting facts:

See Attached Complaint paragraphs 7-19 with Exhibits Included.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _✓_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____N/A_____

Docket number and court: _____N/A_____

Claims raised: _____N/A_____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____N/A_____

Reasons for dismissal, if dismissed: _____N/A_____

Result on appeal, if appealed: _____N/A_____


## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_✓_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_✓_ Yes ___ No (*check one*)

**G.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

See Attached Complaint Page 10 of 12 under "VII Relief Request"

**H.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____3/25/20_____
(Date)

(Form Revised December 2017)

# Table of Contents

1) Bivens Complaint form with Attached Complaint In detail with exhibits A-F.

2) Prison Motion for Leave And Affidavit with Attached Account balance for the Last 6 months.

United States District Court
for the District of Colorado

Johnny Sabbath, Plaintiff
        v.
J. Hicks, Unit officer,
K. Hicks, S.I.S (special
Investigative Supervisor,
both sued in their Individual
And official capacities.

## Complaint with Jury Demand

### Introduction

This is a civil action seeking A decla-
ratory Judgement, Injunctive relief and
damages to vindicate and safeguard
rights of Freedom of speech, Freedom
of religion AND RFRA, due process. And
equal protection secured by the Const-
itution of the United States.

1 of 12

## I. Jurisdiction.

1.) The Court has Jurisdiction over Plaintiffs' claims of Violation of Federal Constitutional rights under 28 U.S.C §1331 & 1343.

## II. Venue.

2.) The District of Colorado is An appropriate venue under 28 U.S.C §1391(b) because A substantial part of the events or omissions giving rise to the claims occurred in this District.

## III. Parties.

3.) Plaintiff Johnny Sabbath, incarcerated at ADX-Colorado, P.O. BOX 8500, Florence, Colorado was at all times relevant to this action.

4.) Defendant J. Hicks was at all times relevant to this action the Correctional officer at ADX-Colorado and was/is acting under the color of Federal ~~name~~ ~~name~~ Law. He is being sued in his individual And official

2 of 12

capacity.

5.) Defendant K. Hicks was at all times rel-
evant to this action the S.I.S (special Inve-
stigative supervisor) at the ADX-Colorado
and was/is acting under the color of Fede-
ral ~~~~~~~ ~~~~~~~ law. she is being sued in her
individual and official capacity.

### IV Exhaustion of Administrative Remedies

6.) The Plaintiff has exhausted his administra-
tive remedies with respect to all claims.

### V Factual Allegations.

7.) Plaintiff is a recognized Individual Practi-
tioner of the Sabaean-Nuwaupian relig-
ion Per Department of Justice, Federal
Bureau of Prisons Memorandum signed
by warden. (see Exhibit "A", highlighted)

8.) On or about June 25, 2019 Plaintiff receive-
d A missive from a Sabaean Community
Member Indicating A licensed wikipedia
-Publisher was interested In Publishing

3 of 12

Plaintiffs' religious Manuscripts (see Exhibit "B", (highlighted) with Affidavit

9.) On or about June 27, 2019 Defendant J. Hicks removed religious property, i.e Manuscripts, books, Notes, Photos And research from Plaintiffs assigned cell, as well as a book plaintiff loaned to another Inmate.

10.) Defendant J. Hicks informed Plaintiff that in his last institution they forbade the Free-exercise of the Sabaean-Nuwaupian religion And that they also were mad Defendant took their books.

11.) Plaintiff asked why did defendant J. Hicks take his Manuscripts, Notes, Photos And research. Defendant said it was because plaintiff "wrote" about his religion.

12.) Plaintiff later found that defendant K. Hicks, S.I.S (special Investigative Supervisor) exercised dominion And control of Plaintiffs' religious property when she delivered A BP-402 Confiscation form on July 3, 2019. (see Exhibit "C"-Confiscation form.)

4 of 12

13.) Defendant K. Hicks denied Plaintiff the right to send religious Property home Per Policy P5580.08 (8122/11) §4. therefore abridgi-Plaintiffs' free speech.

14.) Defendant K. Hicks (S.I.S) made clear she will continue the pattern and Practice of taking and/or denying any literature plaintiff receives or writes about conce-rning     Plaintiffs' religion. As she has done before. (See Exhibit "D")

15.) Plaintiff asked defendant K. Hicks why does she continue to take plaintiffs' literature and writings. Defendant said "because the BOP does not recognize your religion". (See Exhibit "A" for otherwise)

16.) Since     August 2018 defendant K. Hicks deprived and deprives plaintiff of any religious literature and writings whenever she is aware Plaintiff received or written about his religious beliefs.

17.) Since incident in question Defendant K. Hicks has withheld incoming and outg-

oing certified Mail. And denied approving numbers on. Plaintiffs' list as well as not process other Phone slips (Exhibit "E")

18.) Plaintiff has a Tort Claim in for Another Incident where Plaintiffs' religious book went missing. (see Exhibit "F"-Affidavit)

19) Defendants have placed a substantial burden on Plaintiffs' Free-exercise of religion And it is upon information and belief that defendants have Confiscated other members of the Sabaean Religion Property in ADX.

## VI Claims for Relief.

### Count 1

20.) Defendant J. Hicks And K. Hicks Prohibited And Prohibits free-exercise of Plaintiffs' religion under the RFRA

Plaintiff Incorporates paragraphs 3-19 as though they were stated fully herein.

21.) Defendants J. Hicks And K. Hicks Prohibit-
ed And Prohibits Plaintiffs' free-exerci-
se when they deprived Plaintiff of his
religious Property

22.) Defendants J. Hicks And K. Hicks Prohibit-
ed And Prohibits Plaintiffs free-exerci-
se by threatning to continue to take
literature, manuscripts and research
that pertains to Plaintiffs'religion if he
receives or write about it.

23). DEFENDANT K. Hicks Prohibited And
Prohibits Plaintiffs free-exercise by
Censoring, withholding And/or misplacing
religious publications therefore directly
depriving Plaintiff of the core essenti-
als such as reading that renders religi-
ous exercise effectively impracticable.

Count 2

24.) Defendant J. Hicks And K. Hicks Abridged
And Abridges Plaintiffs' freedom of
speech under the First Amendment.

7 of 12

Plaintiff incorporates paragraphs 3-19 as though they were fully stated herein.

25.) Defendants J. Hicks And K. Hicks abridged And abridges Plaintiffs' freedom of speech when they took And exercised control over Plaintiffs' manuscripts and research composed of articles, photos And notes that pertain to Plaintiffs religion.

26.) Defendant K. Hicks abridged And abridges Plaintiffs' freedom of speech when she threatened to take any outgoing writings and incoming literature that pertains to plaintiffs religion.

27.) Defendant K. Hicks abridged And abridges Plaintiffs' freedom of speech by preventing Plaintiff from sending religious manuscripts for publishing to his community members because it pertained to plaintiffs religion.

28.) Defendant K. Hicks abridged And abridges Plaintiffs' freedom of speech by delaying months at a time outgoing certifie-

8 of 12

-d mail and non-certified mail to communi-
ty members of the same faith.

### Count 3

29.) Defendants· J. Hicks and K. Hicks depr-
ived and deprives Plaintiff of his
5th and 14th Amendment Due Process.

Plaintiff incorporates Paragraphs 3-19
as though they were stated fully herein.

30.) Defendants J. Hicks and K. Hicks deprived
And deprives Plaintiff of his 5th Amendm-
ent Due process by taking religious
Property without reasonable Justification

### Count 4

31.) Defendants J. Hicks and K. Hicks deprived-
And deprives Plaintiff of equal Protection
under the 14th Amendment

Plaintiff Incorporates Paragraphs 3-19 as
though they were fully stated fully herein.

9 of 12

32.) Defendants J. Hicks And K. Hicks deprived And deprives plaintiff of his 14th Amendment equal Protection by taking religious property depriving Plaintiff of Priveleges And rights enjoyed by other religions.

## VII. Relief Requested

wherefore, Plaintiff requests that the court grant the following relief:

A. Issue A Declaratory Judgement stating that:

1.) Defendants J. Hicks And K. Hicks violated Plaintiffs rights under the first Amendmnt Free-exercise clause by taking religious property, and by doing so deprived the Plaintiff of the core essentials to effectively practice his religion.

2.) the wrongful taking of Manuscripts by defendants violated Plaintiffs free speech.

B. Issue An Injunction ordering defendants J. Hicks And K. Hicks to return All religious literature, writings, Notes, Photos that

10 of 12

were taoken from Plaintiff before And during all administrative. And Court proceedings.

2.) Allow Plaintiff to write about his religion with other community members, And allow religious Publications concerning Plaintiffs' religion.

C. Award Compensatory damages in the following amount

1.) $100,000 jointly And severally against defendants J. Hicks And K. Hicks for depriving Plaintiff of his right of free exercise for over approximately 18 months, (9 months of religious Property in Question) And the loss of A first Amendment Freedom for even minimal periods of time, unquestionably constitutes Irreparable Injury.

D. Award Punitive damages in the following amounts:

1.) 10,000 against J. Hicks

2.) 10,000 against K. Hicks

E. Grant other just And equitable relief that this Court deems necessary.

11 of 12

Declaration Under Penalty of Perjury.

I declare under penalty of Perjury that I am the Plaintiff in this Action, that I have read this complaint, and that the Information in this complaint is true and Correct.

Executed on 3/25/20

x _____ Johnny Sabbath

Johnny Sabbath 45593-112
ADX-MAX
P.O. BOX 8500
Florence, CO 81226.

# Exhibit - "A"

1.) U.S Department of Justice, Federal Bureau of Prisons Memorandum signed by warden Acknowledging Plaintiff as a individual practitioner of the Sabaean (Nuwaupian) religion.

2.) Sworn Affidavit from Sabaean Community Member.



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

*Florence, CO 81226*

December 14, 2018

MEMORANDUM FOR:    SABBATH, JOHNNY, REGISTER NUMBER 45593-112

FROM:    Andre Matevousian, Complex Warden

SUBJECT:    **New and Unfamiliar Religious Component Questionnaire**

On November 13, 2018, an interdisciplinary team of Bureau of Prisons staff members formed a Religious Issues Committee (RIC) to evaluate and recommend a course of action in response to your New and Unfamiliar Religious Component Questionnaire.

You identified your religious affiliation with Sabeanism, which features a theology of animism and may require you to possess certain religious beads or pendants.

Your request appears to be religious in nature, however, based on your response to the questionnaire it appears the accommodation you are requesting, in particular, pertains to prayer beads or pendants.

Please contact Religious Services in order to make a specific request to conduct a Special Purpose Order, as needed. Beads and pendants must comport to existing policies and standards, and must be consistent with the style and type currently used by members of Sabeanism.

Accordingly, your accommodations will be respected as an individual practitioner. No congregational arrangements apply in this instance.

# Affidavit of Henry Blake

1. To whom this May concern, my name is Henry Blake. I am 32 years old. I am the Administrator of a bookstore called All Eyes On Egipt, located in Phoenix, Az 85029
2. I am a Sabaean by way of our cultural and religious practice. I Acknowledge Johnny Sabbath Reg. 45593-112 as also a practitioner of the culture and religion of our way and life called Sabaean. We are Sabaeans by way of our religion.
3. I, Henry Blake am writing to let you know, that Johnny Sabbath Reg. 45593-112 has Manuscripts that he has written to give onto me, so that I may help him to get it publish on Wikipedia.
4. This affidavit is made for the purpose of being able to assist and help Johnny Sabbath Reg. 45593-112 get his Manuscripts published on Wikipedia.

**Henry Blake**

Signed and affirmed under penalty before me

On this ____11th____ Day of ____September____

Benjamin Andrade, Jr.
Notary Public - Arizona
Maricopa County
Commission#: 559050
My Commission Expires
February 4, 2023

**Notary Public**

# Exhibit - "B"

1). Letter from Sabaean Member explaining that a Publisher is interested in Publishing Plaintiffs' Manuscripts

From Henry Blake

Jun-19.2019

Greeting bro! This is Henry Blake

I have been reaching out to you
Hope all is well. I sent couple
letters your way within the pass
month and a half. looking forward to
hear from you. miss you bro!
I got some amazing news to tell
you in so far as methodolgy of conveying
the doctrine ~~the~~ thier is a brother
in Niagra falls, Nyc that wants to
work with this bookstore he has his
Publishing ~~license~~ license, and his wiki pedia
online lisence to put any documentation on
wikipedia web page we were on the
phone speaking for about over an hour.
he has a lot of marketing skills and
he have a New Paper company which is
the first black Newpaper company in
his city, he not affiliated with any book
store but he want to work with us.
he is willing to help with the publishing
of your book Also ~~I found two sisters~~
~~two sister there~~ there is two
sisters here in our bookstore that
want to work in the office to ~~print~~ TYPE
out and print out what you want to
give unto us. 6 ether energy have
been at its highest to distract me
from my duties, but i held on to the
rope of G.O.D... The brother also is good
at doing Word Press. ect.

# Exhibit - "C"

1.) On July 3, 2019 S.I.S K. Hicks delivered A BP-402 to Plaintiff.

**U.S. Department of Justice**                                                    **Confiscation and Disposition of Contraband**

Federal Bureau of Prisons

---

_____                    _____
Signature/Printed Name of Staff Member Confiscating Property                              (Institution)

| 1. Name: | 2. Register No.: | 3. Unit: | 4. Date: |
|---|---|---|---|

5. The contraband listed below was found in possession of, or in the living quarters of the above named inmate on _____ .

(Make a numerical list of contraband)

6. (To be completed by inmate) I have received a list of those items confiscated as contraband. I claim ownership of the following items (identify by number from section 5 above): Nos. _____ . I am aware that a claim of ownership will not be accepted for any item of government property. With respect to my claimed personal property, I am aware that I have 7 days from receipt of this inventory to provide staff with evidence of my ownership of the claimed items.

I, _____ , received a copy of this inventory on _____ .
            (inmate's signature)                                                                              (date)

7. Of the contraband listed in section 5 above, the inmate has established ownership for the following (identify by number from section 5 above): Nos. _____

Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination of the inmate's choice. The institution may pay for the mailing when the inmate has insufficient funds and no likelihood of receiving new funds. Where the inmate is financially able to pay postage, but refuses, or fails to provide a mailing address for return of the property, the confiscated property will be disposed of through approved means, including destruction of property.

I have read or had read to me the above information. I request the following action be taken in regards to my contraband property.

a. __ I request the property be mailed to _____
_____ . I agree to pay mailing costs.

Inmate's Signature: _____ Date: _____

b. __ I request the institution to pay mailing costs. I have insufficient funds in my institution account and do not expect to receive new funds. (The approval of the Warden or designee is required for the institution to pay postage.)

Inmate's Signature: _____ Date: _____

c. __ Other (specify, e.g., donate to institution)

Inmate's Signature: _____ Date: _____

8. The following contraband (identify by number from section 5 above) has been determined to be hard contraband or to be contraband for which no ownership has been established. The contraband has been disposed of by (indicate disposition/reasons): Nos. _____

_____                    _____
Signature/Printed Name of Staff Member Determining Method of Disposal                       Date

_____                    _____
Signature/Printed Name of Staff Member Disposing of Property                                Date

_____                    _____
When Property is Destroyed, Signature/Printed Name of Staff Witness                          Date

cc: Central File
    Chief Correctional Supervisor
    Inmate Systems Manager
    Inmate

BP-402(58)
January 1983
USP LVN

# Exhibit - "D."

1) BP-8 Plaintiff filed when S.I.S K. Hicks told Plaintiff his religious Property was destroyed.

2) BP-9 - # 970116 - F1 Concerning the above also.

3) BP-231 # 955130 - A1: S.I.S K. Hicks took Plaintiffs religious Property And falsely Claimed it belonged to Another Inmate.

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: _Sabbath_          Reg. No.: _45593-112_

Unit: _1W_               Date: _2/15/19_

NOTICE TO INMATE:  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below:

1.   State your complaint (single complaint or a reasonable number of closely related issues):
On January 14, 2019 officer Hicks and officer Massey violated my 1st Amendment right by destroying and/or throwing my religious books that pertain to the Salaer, Nuwaupian religion as well as pictures, notes, on 8/29/18 officer Hicks,
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.   State what resolution you expect: I request to be reimburst @ my book's pictures, Photos, literature and notes or the equivalence thereof

Inmate's Signature: _Sabbath Elliott_          Date: _2/18/19_

Counselor's Signature: _Reyes_          Date: _2/19/18_

Department Involved: _SIS_          Date Assigned: _2/19/18_   Due Date: _2/22/18_

Department's Response regarding Complaint: _Due to a non-response, your request for informal resolution has been forwarded for further review_

Department Head Signature: _____          Date: _____
Unit Manager's Review: _____          Date: _2-26-19_
Informally Resolved: _____          Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2/15/19 | 2/19/19 | 2/27/19 | 3/1/19 | 3/1/19 |
| TIME | | | | | |
| COUNSELOR | MO | RR | MO | MO | JS |

FCC 1330.18C          Administrative Remedy Program          Attachment 1

And Massey searched my 8 Cell and Confiscated Books: "Christ, Muhammud, and I", "The Glory of the Quran", "Holy Tablets" and they Confiscated Pictures that had Egiptian hieroglyphs And photos of Egiptian dieties. They confiscated pictures of Community members And notes that pertain to Nuwaupian, Sabaean teachings, ect. And I was refused a Confiscation slip.

And after many request to resolve this with the ADX remedy process, I found out by way of Hicks they destroyed everything thus Hendering me from practicing my religion as well as other members. ——

Johnny Sabbath

Johnny Sabbath          2/18/19

45593-112

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Sabbath Johnny    45593-112    F    ADX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** On 1/11/19 OFFICER HICKS And MASSEY violated my 1st Amendment And 2nd Amendment violation of freedom of religion And due Process And Continues to, by destroying And or throwing AWAY my religious books they Confiscated that Pertain to SabAran (NUWAPiC) religion As well As Pictures, notes. On 8/29/18 C/O HICKS And MASSEY searched my Cell And took books: Christ-Muhammad and I, The Glory of the QurAn the Holy TAblets, Photos of EGyPtiAn Deities, HIEROGLYPhs And Photos of members of the NUWAUPIAN SabAran Community. After many request to resolve this with the ADX i found out by WAY OF C/O HICKS my Property was destroyed HENCE the NON-response to the BP-8 These books had my name And register in them. HICKS SAid she took them because I let Another Inmate write in it which is not AGAinst Policy. C/O HICKS SAid she will take Any NUWAUPIAN religious literAture And write me up.

2/28/19
DATE

Johnny Sabbath
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Received
MAR 0 1 2019
Admin Remedy Office

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: 970116-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attach-ments must be submitted with this appeal.

From: Sabbath Johnny     45593-112     F     ADX
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Part A - REASON FOR APPEAL There was no violation of P.S 5580.08 on Inmates Part Officers Hicks And Massey violated my 5th Amendment right of due Process by confiscating my Sabaean (Nuwaupic) Doctrine which is religious without due Process. They refused to give me A confiscation slip that allows me the chance to Prove it is mines. The officers falsely claimed that it belonged to inmate Malachi York who is a Practitioner of the same doctrine And same Community. Our Community sends all members the same literature to study. As well As Photos. This is Purely A denial of my 1st Amendment right freedom of religion because they have refused Sabaean (Nuwaupic) Doctrine many times. As well As taking Any literature/Doctrine relating to Egipt.

1/26/19
DATE

*Johnny Sabbath*
SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED

FEB 06 2019

Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
APR 02 2019
Administrative
Federal Bureau of Prisons

_____     GENERAL COUNSEL
DATE                                 955130-A1
                                     CASE NUMBER: _____

ORIGINAL: RETURN TO INMATE

Part C - RECEIPT                     CASE NUMBER: _____

Return to: _____     _____     _____     _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          ☸          _____
DATE                                 SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

# Exhibit-"E"

1.) letter from Community member saying he received
a certified letter in November that was sent out
in July.

11-22-19

Greetings Good brother!!!

There is soe much i want to build with you
on regaurding your missives recent and previous
but let me get some things accomplish for you
first. As of yesterday 7-21-19 I Just
Recieved your 7-15-19 missive of your ~~manuscript~~
manuscript for your ~~experence~~ experience/book
I Also Recieved #72 TaFsir 1-36 Im
letting you Know that i Recieved them AS~P.
The same day another missive came as well
7-7-19 with your picture looking Fresh and
clean like a G.O.D  my next missive
I will be building with you on alot of subject
pertaining to our Communication and mission
as students of the doctrine and alot of
question you have ask me in sereral missive.
I have been running around getting alot of
things done for us as a whole. The bookstore
phone number is 602-675-2715
it is under my name Henry Blake
To day i will be sending you the Articles
of our language. Its 7 Articles constisting
of words and pictures. I have sent
you a portion of the muhammad-ism book
have you Recieved it . The way how
the book is Printed it comes in 3 parts
i sent you 1 out of 3 about 3 weeks
ago from this date. My ~~birthday~~ birthday was
11-15-1986 i turned 33 years old.
On the 23rd of November ( ~~tommoro~~ tomorrow )
I will be sending a book CALLED The taFsir
of Actual fact #721.11

# Exhibit - "F"

1.) Sworn Affidavit Concerning missing religious book. And Tort receipt.

2) Response from Mailroom saying all books go to S.I.S.

Exhibit D

## Affidavit of Sworn Testimony

1. I, the claimant, Johnny Sabbath reg #45593-112 residing in ADX-Florence: P.O. Box 8500, Florence, Colorado, 81226, am fully competent to make this affidavit with personal knowledge of all facts mentioned in this sworn affidavit pursuant to Fed. R. P 56(H), 43(c)

2. On July 3rd, 2019, between 3:00 P.M. and 5:00 P.M. (dinner\mailcall) officer wilcox and officer koss passed out dinner trays and mail on A-upper T-unit.

3. officer wilcox handed me my dinner tray and 2 incoming publications pursuant to: PS 5266.10, 5265.11, 28 C.F.R 540, PS 5360.09 Sect 14, 548.16(c), PS 5800.10 (B), Sect 101

4. I received 2 books: "The Black Presidency" by M.E. Dyson and Narrative of the life

of Federick Douglass" by Federick Douglass.

5. Inside the book called "The Black Presidency" by M.E. Dyson were receipts for 3 books. The book missing is called "Perennial Psychology of the Bhagvad Gita" by Swami Rama.

6. I then asked both Wilcox and Ross(F unit officers) were there any other books by the afformentioned name in paragraph 5. They both said no, that my(claimant) books were the only books in the mailbag.

7. I a immediately sent a BP-A0148 inmate request to the mailroom and my S.I.S Tech. Due to a 4ᵗʰ of July holiday I waited until Sunday July 7, and sent another inmate request inquiring about the missing book in paragraph 5. During Dinner/Mailcall July 8ᵗʰ I received no response to any of my

INQUIRIES.

8. I Explained the situation to officer Wilcox And officer Ross. To Assure that they were telling the truth c/o Wilcox offered to sign An Affidavit And send it to the mailroom. (See Exhibit B (Affidavit)), July 8, 2019.

9. July 9, 2019 Tuesday, the mailroom responded saying the S.I.S "review all books prior to delivery to the Unit". They did not sign their name nor respond to any official inmate to staff request. I wrote inmate to staff request to my S.I.S Hicks on July 10th, 14th, 17th, 21st. And I received no response.

10. On July 26, 2019, I submitted an inmate to staff request to our substitute counselor Weiss explaining the Afformentioned events (see exhibit C) And the events of paragraph 9.

11. On July 29, 2019 I received a response finally that was not sufficient. Exhibit C.

12. *Given the exhibits of A, B, C, I have concluded that my Book "Perennial Psychology of the Bhagavad Gita has been misplaced. P.S 5800.10 sect 101

13. As a ~~net~~ resolution. I am requesting Another copy of my Book to reimburst me for the negligence of the Mailroom and/or S.I.S Hicks the name of my book is mentioned in paragraph 5 and exhibit C.

   I swear under penalty of perjury that the aforementioned paragraphs 1-13 are true and correct.

                                   J. Sabbath 45593-112
                                   Jahan Sabbath
                                       7/30/19

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 8/1/19 |
|---|---|
| Anil Gasm | |
| FROM: J. Sabbath | REGISTER NO.: 45593-712 |
| WORK ASSIGNMENT: Idle | UNIT: P-207 ADX-MAX |

SUBJECT: (Briefly state your question or ⌐      ⌐ the solution you are requesting.
Continue on back, if necessary.  Your failure      specific may result in no action being
taken.  If necessary, you will be interviewed in   der to successfully respond to your
request.

On July 3, 2019 I received 2 books from C/O Wilcox And ross with 3 book receipts. one book is missing called "Perennial Psychology of the Bhagavad Gita by Swami Rama. All 3 books were sent from Amazon the order Id for the book is:

113-6169643-2078627 ordered on June 24, 2019

The S.I.S Hicks said she never received that book with the other 2.

(Do not write below this line)

DISPOSITION: All books received go to SIS for review. After review and clear we sent them to the Units, unless a rejection is warranted. If a rejection is done you would receive notice of rejection. I don't recall SIS recommending a rejection for you. You should have received all 3 books not 2. maybe contact the book club for a copy of the receipt for verification

| Signature Staff Member | Date 8/5/19 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

02-03-2020

JOHNNY SABBATH, #45593-112
ADX FLORENCE
P.O. BOX 8500
FLORENCE, CO  81226

       Re: Administrative Claims for Damages
       Claim #       TRT-NCR-2020-02770       $   2,500.00

Dear Claimant:

       This is to notify you of our receipt of your administrative claim for damages.  This claim has been accepted under <u>Small Claims for Property Damage or Loss</u>, 31 U.S.C. § 3723. This statute provides for the payment of claims which are "caused by the negligence of an officer or employee of the United State Government acting with the scope of their employment."

       Your properly completed claim was received on 11-22-2019.  The agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency.  Accordingly, in the matter of the above referenced claim, the government's response is not due until 05-21-2020.

       It is your responsibility, as the claimant, to inform the agency of any changes to your address.

                  Sincerely,
                  Richard M. Winter
                  Regional Counsel

rec 2/11/20